UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:

    SARAH LOUIE,

                Debtor.
_____X

Chapter 7

Case No. 04-16622 (BRL)

## **NOTICE OF UNCASHED DIVIDEND**

    Angela Tese-Milner, Chapter 7 Trustee of the estate of Sarah Louie certifies that on or about September 9, 2010 she mailed out the following checks:

| Number | Payee | Address | Amount |
|---|---|---|---|
| 126 | St. Petersburg Neuro. Clinic | 1099 Fifth Ave. N<br>St. Petersburg, FL 33705 | $83.66 |

**TOTAL**     **$83.66**

and that said check remains uncashed and that on or about December 9, 2010 she requested a stop payment of said check which was successful.

    The Trustee hereby submits a check in the amount of **$83.66** to the Clerk of the Court.

Dated: New York, New York
       December 10, 2010                     s/Angela Tese-Milner
                                                   Angela Tese-Milner, Esq. (ATM-9110)

cc: Office of the United States Trustee