UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

    SARAH LOUIE,

        Debtor.
--------------------------------------------------------X

Chapter 7

Case No. 04-16622 (BRL)

## NOTICE OF UNCASHED DIVIDEND

Angela Tese-Milner, Chapter 7 Trustee of the estate of Sarah Louie, certifies that on or about September 9, 2010 she mailed out the following check:

| Number | Payee | Address | Amount |
|---|---|---|---|
| 126 | St. Petersburg Neurology Clinic | 1099 Fifth Ave. N<br>St. Petersburg, FL 33705 | $83.66 |

**TOTAL**                  **$83.66**

and that said check remains uncashed and that on or about December 9, 2010 she requested a stop payment of said check which was successful. The Trustee hereby submits a check in the amount of **$83.66** to the Clerk of the Court.

Dated: New York, New York
       December 10, 2010

s/Angela Tese-Milner
Angela Tese-Milner, Esq. (ATM-9110)

cc: Office of the United States Trustee

uncashed dividend

**BANK OF AMERICA, N.A.**
**CUSTOMER CONNECTION**

CHECK NUMBER: 131

Angela Tese-Milner, as Trustee
Law Office of Tese & Milner
One Minetta Lane
New York, New York 10012

DATE: 12/16/10
AMOUNT: **********83.66

| CASE NUMBER | DEBTOR |
|---|---|
| 04-16622 BL | LOUIE, SARAH |

**PAY TO THE ORDER OF**

Clerk of the U.S. Bankruptcy Court
SDNY

*Eighty Three Dollars And 66/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000131⑈ ⑆⑆⑆0000121⑆ 4428004231⑈

---

| Date: 12/16/10 | Check Number: 131 | Amount: 83.66 |
|---|---|---|

Case Number: 04-16622 BL
Debtor Name: LOUIE, SARAH
SSN: 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

| Paid To: | Clerk of the U.S. Bankruptcy Court<br>SDNY | Trustee: | Angela Tese-Milner, as Trustee<br>Law Office of Tese & Milner<br>One Minetta Lane<br>New York, New York 10012 |
|---|---|---|---|

Description: uncashed dividend

Bank Account Number: 4428004231

marylou.martin@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 12/16/2010 | ⬤ 51 | Notice of Deposit of Unclaimed Dividends filed by Angela G. Tese-Milner on behalf of Angela G. Tese-Milner. (Tese-Milner, Angela) (Entered: 12/16/2010) |

```
UNITED STATES
BANKRUPTCY COURT
Southern District of New York
One Bowling Green Division

# 00185425 - KC
December 21, 2010


Code    Case #    Qty    Amount

UNCLAIRC 04-16622               83.66 CK


TOTAL→                          83.66



FROM: UNCLAIMED DIVIDENDS
      04-16622 DOCN51
      ANGELA TESE-MILNER TRUSTEE
```